1  Tammy Hussin, Esq. (Bar No. 155290)
2  Lemberg & Associates, LLC
   6404 Merlin Drive
3  Carlsbad, CA 92011
4  Telephone (855) 301-2100 ext. 5514
   thussin@lemberglaw.com
5
6  Lemberg & Associates, LLC
   A Connecticut Law Firm
7  1100 Summer Street
8  Stamford, CT  06905
   Telephone:  (203) 653-2250
9  Facsimile:  (203) 653-3424
10
   Attorneys for Plaintiff,
11 Donna McCole
12
13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15

| Donna McCole, | Case No.: 4:13-cv-02321-SC |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Diversified Consultants, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

The parties hereby further request that this honorable Court provide a period of 60 days within which to complete the settlement and file a dismissal of the action.

By: __/s/   Tammy Hussin__
Tammy Hussin, Esq.
Lemberg & Associates, LLC
Attorney for Plaintiff, Donna McCole

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On November 21, 2013, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

**BY ELECTRONIC FILING:** I hereby certify that on November 21, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Steven R. Dunn | **Attorney for Defendants Diversified** |
| Dunn Firm, P.C. | **Consultants, Inc.** |
| 5420 I BJ Freeway, Suite 577 | |
| Dallas, TX 75240 | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on November 21, 2013.

By: /s/ Tammy Hussin
Tammy Hussin, Esq.
Lemberg & Associates, LLC
Attorney for Plaintiff, Donna McCole