UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donna McCole,<br><br>            Plaintiff,<br><br>    vs.<br><br>Diversified Consultants, Inc.; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 4:13-cv-02321-SC<br><br>[~~PROPOSED~~] **ORDER** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: 02/03/2014

_____
Judge: Hon. Samuel Conti